

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Reply to Southern Division Address                                Catherine Stavlas, Chief Deputy

August 21, 2020

RE:   Maret et al v. Jacob et al
      8:20-cv-02417-GJH

Dear Counsel/Party:

The above-captioned case has been removed from Supreme Court of the State of New York County of Queens to this Court and assigned the above case number. The case is subject to this Court's electronic filing requirements and procedures. Our records show that:

☒   You are not a member in good standing of our bar. Your appearance has <u>not</u> been entered in this case and you will not receive copies of orders and other documents filed in this case. Within **fourteen (14) days** from the date of this letter, you must notify the chambers of the presiding judge whether you will be seeking admission or if another attorney will be entering an appearance in your place. For information on becoming a member of our bar or appearing *pro hac vice*, please visit our website at www.mdd.uscourts.gov. If you were previously a bar member and have questions regarding your status, please contact attorney admissions at (410) 962-3293. Once you have been admitted, you **must** register to use CM/ECF.

☐   You are not a registered CM/ECF user. To register, go to our website at www.mdd.uscourts.gov and select "CM/ECF Registration" from the CM/ECF menu. Information about electronic filing procedures and requirements is also available on our website. Please note that because this case is subject to electronic filing, any documents submitted for filing in paper format may be returned to you. This Court does <u>not</u> mail paper copies of orders and other documents that are filed electronically.

                                        Sincerely,
                                        _____/s/_____
                                        Felicia C. Cannon, Clerk

cc:   All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov