**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

------------------------------------------x
| | |
|---|---|
| **LEELA MARET, ALEX THOMAS, and JOSEPH KURIAPPURAM,** | :Case No.: 8:20-cv-02417-GJH<br>:Judge George J. Hazel<br>: |
| **Plaintiffs,** | : |
| -vs- | : |
| **MAMMAN C. JACOB, PHILIPOSE PHILIP, BEN PAUL, KURIAN PRAKKANAM, GEORGY VARUGHESE, and FEDERATION OF KERALA ASSOCIATIONS IN NORTH AMERICA, INC.,** | :<br>:<br>:<br>:<br>: |
| **Defendants.** | : |

------------------------------------------x

**PLAINTIFFS' MOTION TO REMAND**

Plaintiffs Leela Maret, Alex Thomas, and Joseph Kuriappuram, by their undersigned counsel, move to remand this case to the New York State Supreme Court, Queens County.

The grounds for this motion are stated in Plaintiffs' Memorandum of Law in Support, filed concurrently herewith.

Respectfully submitted,

/s/ Irene H. Chen
Irene H. Chen, Esq., Bar No. 18121
**Chen Law Group LLC**
200-A Monroe St., Ste 100
Rockville, MD  20850
Telephone: (301) 760-7393
Fax: (301) 263-7700
Email: irene@chenlawgroup.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on this day, the **24th** day of **August**, 2020, a copy of the foregoing Motion, accompanying Memorandum of Law, Proposed Order and Exhibit was served via the Court's CM/ECF electronic filing system on all counsel and parties of record.

                                            /s/ Irene H. Chen
                                            IRENE H. CHEN