IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------- x
| | |
|---|---|
| **LEELA MARET, ALEX THOMAS, and JOSEPH KURIAPPURAM,** | :Case No.: 8:20-cv-02417-GJH |
| | :Judge George J. Hazel |
| | : |
| **Plaintiffs,** | : |
| | : |
| -vs- | : |
| | : |
| **MAMMAN C. JACOB, PHILIPOSE PHILIP, BEN PAUL, KURIAN PRAKKANAM, GEORGY VARUGHESE, and FEDERATION OF KERALA ASSOCIATIONS IN NORTH AMERICA, INC.,** | : |
| | : |
| | : |
| | : |
| | : |
| **Defendants.** | : |

------------------------------------- x

## {PROPOSED} ORDER

**THE COURT**, having considered Plaintiffs' Motion to Remand and any response thereto, it is now hereby

**ORDERED** that Plaintiffs' Motion to Remand be, and hereby is, **GRANTED**; and it is further

**ORDERED** that this matter be, and hereby is, **REMANDED** to the New York State Supreme Court, Queens County, the Court having found no basis for federal jurisdiction.

_____
JUDGE